PEB/USAO#2012R00866

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 DEC 18 A 11: 45

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. CCB-12-0654 |
| v. | : |
| | : (Conspiracy to Commit Bank Fraud, |
| JOHN WATERS, | : 18 U.S.C. § 1349) |
| | : |
| Defendant. | : |

.oOo.

## INFORMATION

### (Bank Fraud Conspiracy)

The United States Attorney for the District of Maryland charges that:

1.  From on or about December 2008 through on or about December 22, 2011, in the District of Maryland, the Districts of Pennsylvania and elsewhere, the defendant,

**JOHN WATERS,**

did knowingly and intentionally combine, conspire, confederate and agree together and with

**CHRISTOPHER DEVINE, QUANISHIA WILLIAMSON-ROSS, LENEE WILLIAMSON QUASHONNA WILLIAMSON**, and other persons, both known and unknown to the Grand Jury, to execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain money and property owned by, and under the custody and control of, financial institutions, by means of material false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344.

### OBJECT OF THE CONSPIRACY AND THE SCHEME TO DEFRAUD

2.  It was the object of the conspiracy and of the scheme to defraud to use the names, social security numbers, and other personal identifying information of various individual victims,

with and without their knowledge and consent, to obtain checking accounts to deposit fraudulent checks in order to purchase consumer goods and services for the conspirators' own use without intending to pay for them, thereby obtaining money and property from, and causing a loss to, the victim financial institutions.

## MANNER AND MEANS OF THE CONSPIRACY AND THE SCHEME TO DEFRAUD

3. It was part of the conspiracy and the scheme to defraud that the conspirators recruited individuals to open checking accounts and obtain check cards for the accounts at various financial institutions. The conspirators would accompany the individuals into the bank when the accounts were applied for and opened, and then assume control of the accounts and associated check cards after the account was established. The conspirators paid the individuals for opening the accounts and giving control of the accounts to the members of the conspiracy.

4. It was part of the conspiracy and the scheme to defraud that after gaining control over the checking accounts, the conspirators deposited fraudulent checks into the bank accounts. After the fraudulent checks were deposited, the conspirators would use the check cards at ATM machines to make cash withdrawals from the checking accounts.

5. It was part of the conspiracy and the scheme to defraud that after gaining control over the checking accounts, the conspirators created fraudulent identification documents in the names of individuals who opened the account, with photographs of the conspirators.

6. It was part of the conspiracy and the scheme to defraud that the conspirators would use the fraudulent identification documents and the check cards to make purchases at retail stores such as Walmart, Best Buy, Target, Kmart, Home Depot and others, using the check cards associated with the checking accounts. At some point after making the purchases, the

conspirators would return the purchases to the retail stores in exchange for cash.

7.   It was further part of the conspiracy and scheme to defraud that the victim financial institutions suffered a loss when the fraudulent checks deposited by the conspirators were returned as unpaid.

18 U.S.C. § 1349

 

*[signature]*

Rod J. Rosenstein
United States Attorney

Dated: December *17*, 2012